# United States District Court
## Southern District of Georgia

ERIC OBRIEN JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 621-022

TREVONZA BOBBITT, Warden, et. al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 3, 2021, this case is dismissed without prejudice as a sanction for providing false information. There are no non-frivolous issues to raise on appeal, and any appeal would not be taken in good faith. Thus, the Court denies Plaintiff in forma pauperis status on appeal. This case stands closed.

| | |
|---|---|
| 06/03/2021 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *Jamie Sabalza* |
| | (By) Deputy Clerk |